1
Heather Palmer Jones, Petitioner v. The People of the State of Colorado. Petitioner No. 24SC212Supreme Court of Colorado, En BancOctober 8, 2024

          Court
of Appeals Case No. 20CA1568

         Petition
for Writ of Certiorari DENIED.

         
JUSTICE HOOD would grant as to the following issue:

         Whether
the division erred when it held that the petitioner
wasn't entitled to jury instructions on self-defense as
defined in sections 18-1-704(2)(b) and (2)(c), C.R.S. (2024),
where the division's reasoning ignored and contravened
the well-established principles that: the evidence must be
viewed in the light most favorable to the defendant; the
totality of the circumstances must be considered, including
the defendant's perceptions; reasonable belief rather
than absolute certainty is the touchstone of self-defense;
self-defense can be based on reasonable appearances that
later prove to have been deceptive; and reasonableness is
generally a question for the jury to resolve.